TONY WEST
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Assistant Director
Office of Immigration Litigation, District Court Section
REGAN HILDEBRAND
Trial Attorney, District Court Section
Missouri Bar No. 57438
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-3797
    Facsimile: (202) 616-8962
    Email: Regan.Hildebrand@usdoj.gov

Attorneys for Defendants      **JS-6**

## UNITED STATES DISTRICT COURT FOR
## THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ZUHAIR IBRAHIM, | Case No. 2:09-cv-03927 (CAS-JWJ) |
|     Plaintiff, | |
| v. | ORDER RE: |
| | GRANTING JOINT STIPULATION |
| JANET NAPOLITANO, ET AL., | TO DISMISS |
|     Defendants. | |

It is Hereby Ordered that the JOINT STIPULATION TO DISMISS be granted.

DATE: _3/31/10_

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Judge